UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YURI COUTO,<br><br>an individual,<br><br>                  Plaintiff,<br><br>    -against-<br><br>JPMORGAN CHASE & CO., a Delaware corporation,<br><br>                  Defendant. | Civil Action No.: 1:23-cv-09306-LTS<br><br>**NOTICE OF MOTION TO DISMISS<br>PLAINTIFF'S COMPLAINT** |

To:    Yuri Corto
        9302 N. 28th Street
        Hillsborough, Tampa, Florida 33612
        *Plaintiff Pro Se*

**PLEASE TAKE NOTICE** that as soon as Chase may be heard, the undersigned attorneys for defendant JPMorgan Chase & Co. ("Chase") shall move before the United States District Court for the Southern District of New York, Honorable Lewis J. Liman, at the Daniel Patrick Moynihan & U.S. Courthouse, 500 Pearl Street, New York 10007, for an Order granting Chase's Motion to Dismiss the Complaint of Plaintiff Yuri Corto, with prejudice (the "Motion"), pursuant to Federal Rules of Civil Procedure 12(b)(2), (5) and (6).

**PLEASE TAKE FURTHER NOTICE** that in support of the Motion, Chase shall rely on the accompanying Memorandum of Law, Declaration of Diane C. Ragosa, Esq., and all exhibits attached thereto. A proposed form of Order is also enclosed herewith.

*~ Signature on following page ~*

-2-

Dated: New York, New York
December 8, 2023

                          */s/ Diane C. Ragosa*
                          Scott W. Parker, Esq.
                          Diane C. Ragosa, Esq.
                          **PARKER IBRAHIM & BERG LLP**
                          270 Davidson Avenue, 5th Floor
                          Somerset, New Jersey 08873
                          Phone: (908) 725-9700
                          E-mail: scott.parker@piblaw.com
                                     diane.ragosa@piblaw.com

*Please reply to Somerset address:*

270 Davidson Avenue, 5th Floor
Somerset, New Jersey 08873
Phone: (908) 725-9700

*Attorneys for Defendant,*
JPMorgan Chase & Co.

4279406.1