# EXHIBIT A

 **Wolters Kluwer**

**CT Corporation
Service of Process Notification**
12/01/2023
CT Log Number 545252120

## Service of Process Transmittal Summary

**TO:**  Tonya Anderson
JPMorgan Chase Bank, N.A.
700 KANSAS LN
MONROE, LA 71203-4774

**RE:**  **Process Served in Delaware**

**FOR:**  JPMorgan Chase & Co.  (Cross Ref Name)  (Domestic State: N/A)
JPMorgan Chase Bank, N.A. (True Name)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | YURI COUTO, an individual vs. JPMORGAN CHASE & CO. |
| **CASE #:** | 123CV09306LJL |
| **PROCESS SERVED ON:** | The Corporation Trust Company, Wilmington, DE |
| **DATE/METHOD OF SERVICE:** | By Traceable Mail on 12/01/2023 |
| **JURISDICTION SERVED:** | Delaware |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 12/01/2023, Expected Purge Date: 12/31/2023 |
| | Image SOP |
| **REGISTERED AGENT CONTACT:** | The Corporation Trust Company |
| | 1209 Orange Street |
| | Wilmington, DE 19801 |
| | 877-564-7529 |
| | MajorAccountTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 1 of 1

Yuri-Jacintho: Couto, Agent
c/o 9302 N 28th St
Tampa, Florida [33612]

**CERTIFIED MAIL**

9589 0710 5270 1338 5866 90

US. POSTAGE PAID
FCM LETTER
TEMPLE TERRACE, FL 33617
NOV 24, 2023
$4.83
304M115486-07

THE CORPORATION TRUST COMPANY

CORPORATION TRUST CENTER

1209 Orange St

Wilmington, DE 19801

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| YURI COUTO,<br>an individual,<br><br>_____<br>*Plaintiff(s)*<br>v.<br>JPMORGAN CHASE & CO.,<br>a Delaware corporation.<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 1:23-CV-09306-UA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JPMORGAN CHASE & CO.
Serve on Registered Agent:

       THE CORPORATION TRUST COMPANY
       CORPORATION TRUST CENTER 1209 ORANGE ST
       WILMINGTON, DE 19801
       (302) 658-7581

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
       Couto, Yuri-Jacintho, Agent
       c/o 9302 N 28th St
       Tampa, Florida [33612]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/14/2023 _____

_____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

YURI COUTO,

an individual,

-against-

JPMORGAN CHASE & CO., a Delaware
corporation.
Serve on Registered Agent:
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER 1209 ORANGE ST
WILMINGTON, DE 19801
(302) 658-7581

1:23- CV -09306-UA
(Include case number if one has been
assigned)

## COMPLAINT

Do you want a jury trial?
★ Yes ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Case 1:23-cv-09306-LJL Document 1 Filed 10/24/23 Page 2 of 7

Rev. 1/9/17

# I.  BASIS FOR JURISDICTION

Under 28 U.S.C. § 1332, a diversity case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000.

What is the basis for federal-court jurisdiction in your case?

★ **Diversity of Citizenship**

## 1. Citizenship of the parties

The plaintiff ,       YURI COUTO                          , is a citizen of the State of

_____

(Plaintiff's name)

Florida

_____

(State in which the person resides and intends to remain.)

The defendant, JPMORGAN CHASE & CO.          , is incorporated under the laws of
The State of       Delaware

And has its principal place of business in the State of  New York

# II. PARTIES

## A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| YURI | J | COUTO |
|---|---|---|
| First Name | Middle Initial | Last Name |

9302 N 28TH ST

_____

Street Address

| Hillsborough, Tampa | Florida | 33612 |
|---|---|---|
| County, City | State | Zip Code |

| 813-846-2395 | yuric96@yahoo.ca |
|---|---|
| Telephone Number | Email Address (if available) |

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

Name: JPMORGAN CHASE & CO.
Registered Agent: THE CORPORATION TRUST COMPANY

Address for Service of Process:

CORPORATION TRUST CENTER 1209 ORANGE ST

New Castle County, Wilmington, Delaware 19801

## III. STATEMENT OF CLAIM

Place(s) of occurrence: 383 Madison Ave, New York, NY 10179-00015

Date(s) of occurrence: 10/13/23

## FACTS:

1. September 27th, 2023, Defendant submitted a digital home purchase loan application through Defendant's website, with a reference number #7772700. October 5th, 2023, Defendant received delivery from Plaintiff of a contract novation offer entitled "HOME PURCHASE LOAN APPLICATION NOVATION" (the "Offer"). Delivery was made by USPS registered mail, tracking number RF738010409US, with a USPS Return Receipt tracking number 9590 9402 8417 3156

7993 54. Offer was delivered to Defendant headquarters at address 383 Madison Ave, New York, NY 10179, attention of Jeremy Barnum, Chief Financial Officer.

2. The Offer included specific terms required for acceptance by the Defendant, particularly, that acceptance of the Offer by the Defendant was to be completed by retention of the original Offer document for five business days after its delivery.

3. On October 13th, 2023, the retention period required for acceptance of the Offer was completed, rendering the Offer accepted as a contract binding to both parties.

4. The Offer stipulates that Plaintiff promises to pay Defendant a total amount of $505,460,999,439.00 (five hundred five billion four hundred sixty million nine hundred ninety-nine thousand four hundred thirty-nine and 00/100 dollars (the "Total Amount")) in consideration for the Total Amount of loan funds delivered by the Defendant to the Plaintiff's Chase Bank Checkings account within five business days of the Offer's delivery.

5. The Offer was mailed together with a Letter of Credit Claim, which included instructions to the CFO of JPMORGAN CHASE & CO., stating that I had claimed the entire estate of the Principal, on behalf of the Principal, and that the Defendant was to utilize the Principal's invested balance to set-off the loan account.

6. Plaintiff subsequently mailed two additional correspondences requesting Defendant perform as per the contract. The second mailing ("Opportunity to Cure") was delivered to Defendant 10/16/23 by USPS registered mail RF738010443US, return receipt 9590 9402 8510 3186 7399 13. The third mailing ("Notice of Default") was delivered to Defendant 10/19/23 by USPS registered mail RF738010488US, return receipt 9590 9402 8510 3186 7376 98.

7. As of the date of this federal complaint (submitted October 21st, 2023), Plaintiff has not received the original Offer returned by verifiable mail, nor the Total Amount of loan funds into Plaintiff's Chase Bank Checkings account.

Pursuant to these facts, Plaintiff claims that Defendant is in breach of contract.

## IV. RELIEF

Plaintiff seeks court injunction requiring Defendant to perform as required on the contract (the Offer) precisely as stated in the terms therein, namely, the delivery of the Total Amount of loan funds into Plaintiff's Chase Checkings account XXXXX8303. If for any reason Defendant's performance of the contract is not possible, Plaintiff seeks monetary recuperation of the Total Amount ($505,460,999,439.00).

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported

by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 10/21/2023 | | | /s/ Couto, Yuri-Jacintho: Agent |
|---|---|---|---|
| Dated | | | Plaintiff's Signature |
| YURI | | J | COUTO |
| First Name | Middle Initial | | Last Name |
| 9302 N 28th St | | | |
| Street Address | | | |
| Hillsborough, Tampa | | Florida | 33612 |
| County, City | | State | Zip Code |
| 813-846-2395 | | yuric96@yahoo.ca | |
| Telephone Number | | Email Address (if available) | |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
★ Yes ☐ No

EXHIBIT P-1

# *HOME PURCHASE LOAN APPLICATION NOVATION*

This Home Purchase Loan Application Novation (the "Application") is made on September 29, 2023 (the "Application Date") by YURI COUTO (the "Applicant") of 9302 N 28th St, Tampa, Florida 33612 (Phone: 813-846-2395) (SSN: ████8973), to JPMORGAN CHASE & CO (the "Bank") of 383 Madison Ave, New York, NY 10179-0001, known collectively as the "Parties."

**WHEREAS**, the Bank has accepted an online home purchase loan application (#7772700) submitted by the Applicant through the Chase Bank website Apply Center on September 27th, 2023.

**WHEREAS**, the Applicant hereby submits this Application as a novation which specifies with more clarity the terms of the loan applied for on September 27th, 2023.

**NOW THEREFORE**, in consideration of the above recitals and mutual promises and benefits contained herein, the Parties agree to the following terms and conditions described below.

**1. DESCRIPTION OF PROPERY.** The Applicant has not yet decided with certainty which property it will be purchasing.

**2. TERM.** The term of the loan will be a period of 40 (forty) years (the "Term"), which shall commence five business days after delivery of this novation, exclusive of the delivery day, and terminate 40 (forty) years after such commencement date.

**3. PRINCIPAL AMOUNT.** The principal loan amount of this Application is $900,999,999.00 (nine hundred million nine hundred ninety-nine thousand nine hundred ninety-nine and 00/100) dollars (the "Principal").

**4. INTEREST.** The interest will be charged on unpaid principal until the full amount of Principal has been paid. The yearly interest rate for the loan is 1,400% (one thousand four hundred percent), and shall be fixed for the duration of the loan Term. Any and all financing or loan service charges are included in this interest charge.

**5. TOTAL AMOUNT.** The total amount of the loan, including all interest charges, is calculated by using a standard amortization schedule with all applicable terms of this Application, including the Term, Principal, yearly interest rate, and monthly payment schedule. The total amount paid after all scheduled payments shall be $505,460,999,439.00 (five hundred five billion four hundred sixty million nine hundred ninety-nine thousand four hundred thirty-nine and 00/100) dollars (the "Total Amount").

**5. PROMISE TO PAY.** In consideration for the funds received, Applicant hereby promises to pay the loan amount according to the terms established above, with payments executed on a monthly basis.

**6. PAYMENTS.** Interest-only monthly payments shall be made on the 1st day of each month, in the amount of $1,051,166,665.50 (one billion fifty-one million one hundred sixty-six thousand six hundred sixty-five and 50/100) dollars. Any remaining Principal and interest balance at the end of the Term shall be paid in a bulk balloon payment at the end of the Term.

**7. RIGHT TO PREPAY.** Applicant has the right to make payments of Principal and/or interest at any time before they are due. Prepayments shall be held as a security deposit by the Bank for the benefit of the Applicant and be utilized for monthly payments on schedule, unless Applicant specifies prepayments to be used for immediate payoff of a bulk portion, or all, of the Principal.

**8. ADDITIONAL PROVISIONS.** The Total Amount of loan funds shall be delivered by the Bank to the Applicant's Chase Bank Checkings Account within five business days of the delivery of this Application, exclusive of the day of delivery, and irrespective of any possible home purchase contract.

Applicant has full authority over the use of the funds received. In the event Applicant chooses not to purchase a home with the loan funds, or uses less than the Total Amount for the purchase of a home, the Total Amount shall be considered an unsecured personal loan by the Bank. The Applicant is under no obligation to deliver any titles, deeds or liens, or otherwise mortgage any property of any kind to the Bank upon usage or reception of the funds received, and the Bank shall refrain and be barred from making any claims against any property of the Applicant whatsoever, indefinitely.

**9. ACCEPTANCE AND BINDING AGREEMENT.** This Application shall be deemed accepted in its entirety by both Parties upon the retention of this Application by the Bank for five business days from the day of delivery of this Application to the Bank, exclusive of the day of delivery (the "Retention Window"). Once accepted in such manner, this Application shall constitute a binding agreement between the Parties hereto.

For the purposes of this section, "retention of this Application" by the Bank shall be constituted by the delivery of this Application by verifiable mail, and the lack of reception by the Applicant of the original Application returned by verifiable mail within the stated Retention Window of five business days. If the original Application is postmarked to be verifiably mailed in return to the Applicant's address on a date falling within the Retention Window, it shall be deemed received by the Applicant for the purposes of this section.

**IN WITNESS WHEREOF**, the Applicant has executed this Application in the manner prescribed by law as of the day first written above.

By: _Yuri Jacintho Couto, Agent_          Date: _9/29/2023_
    YURI COUTO, without prejudice, without recourse

**The Undersigned**, being the Bank, hereby accepts this Application and agrees to be bound by the terms and conditions herein.

By: _____          Date: _____
    JPMorgan Chase & Co.

USPS Return Receipt: 9590 9402 8417 3156 7993 54
Document Number: YC777-LAN                                      Page 2 of 2

**UNITED STATES POSTAL SERVICE.**

TEMPLE TERRACE
8761 N 56TH ST
TEMPLE TERRACE, FL 33617-6208
(800)275-8777

09/29/2023                          11:23 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| | | | $0.00 |
| Change Addr Request | 1 | | $0.90 |
| First-Class Mail® | 1 | | |

Letter
    New York, NY 10179
    Weight: 0 lb 1.90 oz
    Estimated Delivery Date
        Tue 10/03/2023                 $16.80
    Registered Mail®
        Amount: $0.00
        Tracking #:
            RF738010409US             $3.55
    Return Receipt
        Tracking #:
            9590 9402 8417 3156 7993 54
                                      $21.25
Total                                  $0.90

First-Class Mail®        1
Letter
    Vienna, VA 22180
    Weight: 0 lb 1.40 oz
    Estimated Delivery Date
        Mon 10/02/2023                 $16.80
    Registered Mail®
        Amount: $0.00
        Tracking #:
            RF738010412US             $3.55
    Return Receipt
        Tracking #:
            9590 9402 8417 3156 7993 85
                                      $21.25
Total

-------------------------------------------
Grand Total:                          $89.77
                                      $89.77

Debit Card Remit
    Card Name: VISA
    Account #: XXXXXXXXXXXX4741
    Approval #: H11373
    Transaction #: 064891
    Receipt #: 064891
    Debit Card Purchase: $89.77    Chip
    AID: A0000000980840
    AL: US Debit
    PIN: Verified
-------------------------------------------

UFN: 118946-0617
Receipt #: 840-53350048-4-8036483-1
Clerk: 34

---

Registered No.                    Date Stamp

RF738010409US

| Postage $        $0.90 |
| Extra Services & Fees |
| ☐ Registered Mail $ $16.80 |
| ☐ Return Receipt (hardcopy) $ $3.55 |
| ☐ Return Receipt (electronic) $ $0.00 |
| ☐ Restricted Delivery $ $0.00 |
| Total Postage & Fees |
| $ |
| Customer Must Declare    Received by |
| Full Value  $0.00    09/29/2023 |

Extra Services & Fees (check box)
☐ Signature Confirmation
☐ Signature Confirmation
    Restricted Delivery

**OFFICIAL USE**

FROM  Yuri [____] TRBAC Collt Agent
    c/o 9302 N 28th St
    Tampa, Florida [33612]

TO  JPMorgan Chase & Co.
    Attn: Jeremy Barnum, CFO
    383 Madison Ave
    New York, NY 10179-0001

PS Form 3806, Registered Mail Receipt          Copy 1 - Customer
April 2015, PSN 7530-02-000-9051          (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

EXHIBIT P-3

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JPMorgan Chase & Co.
Attn: Jeremy Barnum, CFO
383 Madison Ave
New York, NY 10179-0001

9590 9402 8417 3156 7993 54

2. Article Number (Transfer from service label)

RF 738 010 409 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _T Cant_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

_Cantier_

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

EXHIBIT P-3

**USPS TRACKING #**

9590 9402 8417 3156 7993 54

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

* Sender: Please print your name, address, and ZIP+4® in this box•

Yuri - Jacintho: couto, Agent
c/o 9302 N 28th st
Tampa, Florida [33612]

EXHIBIT P-4

### *NON-NEGOTIABLE*

**Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent**

Yuri-Jacintho: Couto Authorized Representative for
YURI J COUTO and all derivates thereof
Without Prejudice
NON-DOMESTIC, Without the United States
c/o RFD 9302 N 28th St
Tampa, Florida Republic

29 September 2023

JPMorgan Chase & Co. .
Attn: Jeremy Barnum, Chief Financial Officer
383 Madison Ave
New York, NY 10179-0001

**Reference Loan Application:** YC777-LAN

LETTER FOR CREDIT CLAIM

To whom it may concern,

I, Couto, Yuri-Jacintho \ Agent, here on behalf of YURI COUTO \ Principal, hereby accept all titles, rights, interest, and equity owed to the YURI COUTO \ Principal. I hereby instruct CFO Jeremy Barnum or indenture trustee for "JPMorgan Chase & Co." to apply the principal's balance to the principal's loan account each and every billing cycle. I hereby instruct CFO Jeremy Barnum or indenture trustee for "JPMorgan Chase & Co." to respond in writing if these instructions cannot be completed, and to fulfill the duties outlined in section 9 of the referenced loan application regarding acceptance. You have five business days. If I do not receive anything in five business days, I can assume these instructions have been successfully performed and the referenced application has been accepted.

By: Couto, Yuri-Jacintho \ Agent

For: YURI COUTO \ Principal

without recourse, all rights reserved.

Reference Loan Application: YC777-LAN

Document Number: YJC777-L1

USPS Return Receipt: 9590 9402 8417 3156 7993 54                    Page | 1 of 1

EXHIBIT P-5

### *NON-NEGOTIABLE*

**Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent**

Yuri-Jacintho: Couto Authorized Representative for
YURI J COUTO and all derivates thereof
Without Prejudice
NON-DOMESTIC, Without the United States
c/o RFD 9302 N 28th St
Tampa, Florida Republic

6 October 2023

JPMorgan Chase & Co.
Attn: Jeremy Barnum, Chief Financial Officer
383 Madison Ave
New York, NY 10179-0001

**Reference Loan Application:** YC777-LAN

OPPORTUNITY TO CURE

To whom it may concern,

I, Couto, Yuri-Jacintho \ Agent, here on behalf of YURI COUTO \ Principal, hereby accept all titles, rights, interest, and equity owed to the YURI COUTO \ Principal. I hereby instruct CFO Jeremy Barnum or indenture trustee for "JPMorgan Chase & Co." to apply the principal's balance to the principal's loan account each and every billing cycle. I hereby instruct CFO Jeremy Barnum or indenture trustee for "JPMorgan Chase & Co." to respond in writing if these instructions cannot be completed, and to fulfill the duties outlined in section 9 of the referenced loan application regarding acceptance. You have five business days. If I do not receive anything in five business days, I can assume these instructions have been successfully performed and the referenced application has been accepted.

By: Couto, Yuri-Jacintho \ Agent

For: YURI COUTO \ Principal

without recourse, all rights reserved.

Document Number: YJC777-L2

USPS Return Receipt: 9590 9402 8510 3186 7399 13

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete Items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X   JPMorgan Chase   □ Agent  □ Addressee<br>B. Received By (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>JPMorgan Chase & Co.<br>Attn: Jeremy Barnum, CFO<br>383 Madison Ave<br>New York, NY. 10179-00 | D. Is delivery address different from item 1?  □ Yes<br>If YES, enter delivery address below:  □ No<br>2023<br><br>RECEIVED BY MAIL SERVICES<br>Document & Business Solutions |

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 8510 3186 7399 13

| 3. Service Type | |
|---|---|
| □ Adult Signature | □ Priority Mail Express® |
| □ Adult Signature Restricted Delivery | □ Registered Mail™ |
| □ Certified Mail® | □ Registered Mail Restricted Delivery |
| □ Certified Mail Restricted Delivery | □ Signature Confirmation™ |
| □ Collect on Delivery | □ Signature Confirmation |
| □ Collect on Delivery Restricted Delivery | Restricted Delivery |
| □ Insured Mail | |
| □ Insured Mail Restricted Delivery (over $500) | |

RF 738 010 443 US

PS Form 3811, July 2020 PSN 7530-02-000-9053                          Domestic Return Receipt

EXHIBIT P-7

### *NON-NEGOTIABLE*

**Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent**

Yuri-Jacintho: Couto Authorized Representative for
YURI J COUTO and all derivates thereof
Without Prejudice
NON-DOMESTIC, Without the United States
c/o RFD 9302 N 28th St
Tampa, Florida Republic

13 October 2023

JPMorgan Chase & Co.
Attn: Jeremy Barnum, Chief Financial Officer
383 Madison Ave
New York, NY 10179-0001

**Reference Loan Application:** YC777-LAN

NOTICE OF DEFAULT

To whom it may concern,

I, Couto, Yuri-Jacintho \ Agent, here on behalf of YURI COUTO \ Principal, hereby accept
all titles, rights, interest, and equity owed to the YURI COUTO \ Principal. I hereby
instruct CFO Jeremy Barnum or indenture trustee for "JPMorgan Chase & Co." to apply
the principal's balance to the principal's loan account each and every billing cycle. I hereby
instruct CFO Jeremy Barnum or indenture trustee for "JPMorgan Chase & Co." to respond
in writing if these instructions cannot be completed, and to fulfill the duties outlined in
section 9 of the referenced loan application regarding acceptance. You have five business
days. If I do not receive anything in five business days, I can assume these instructions
have been successfully performed and the referenced application has been accepted.

By: Couto, Yuri-Jacintho \ Agent

For: YURI COUTO \ Principal

without recourse, all rights reserved.

Document Number: YJC777-L3

USPS Return Receipt: 9590 9402 8510 3186 7376 98                    Page | 1 of 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

J.P.MORGAN CHASE & CO.

Attn Jeremy Barnum, CFO

383 Madison Ave.

New York, NY 10179-0001

|||||||||||||||||||||||||||||||||||||||||
9590 9402 8510 3186 7376 98

2. Article Number (Transfer from service label)

RF 738 010 488 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
JPMorgan Chase & Co.
999 Madison Avenue New York, NY
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

RECEIVED BY MAIL SERVICES
Document & Business Solutions

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

USPS TRACKING #

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 8510 3186 7376 98

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Yuri - Jacintho : Couto, Agent
c/o 9302 N 28th St
Tampa, Florida, [33612]

