## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

YURI COUTO,

an individual,

              Plaintiff,

      -against-

JPMORGAN CHASE & CO., a Delaware corporation,

              Defendant.

Civil Action No.: 1:23-cv-09306-LTS

**ORDER DISMISSING PLAINTIFF'S COMPLAINT**

**THIS MATTER** having been opened to the Court upon the application of Parker Ibrahim & Berg LLP, attorneys for Defendant JP Morgan Chase Bank, N.A. ("Chase") upon notice to all parties, for an Order dismissing the First Amended Complaint of Plaintiff Yuri Couto ("Plaintiff"), with prejudice, pursuant to Fed. R. Civ. P. 12(b)(2), (5) and (6), and for such other and further relief as the Court deems just and proper, and the Court having considered the submissions of the parties and oral argument, if any, and for good cause shown;

      **IT IS ON THIS** _____ day of _____, 2023

      **ORDERED:**

      1.     That Chase's motion is hereby granted; and

      2.     That pursuant to Fed. R. Civ. P. 12(b)(5) and (6), the Complaint is hereby dismissed, with prejudice.

_____
      Honorable Lewis J. Liman, U.S.D.J.