UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YURI COUTO,<br>an individual,<br><br>                Plaintiff,<br><br>   -against-<br><br>JPMORGAN CHASE & CO., a Delaware corporation,<br><br>                Defendant. | Civil Action No.: 1:23-cv-09306-LTS<br><br>**AFFIDAVIT OF SERVICE** |

I, Diane C. Ragosa, Esq., hereby certify as follows:

1. I am an attorney-at-law admitted to practice in the United States District Court, Southern District of New York and a Partner with the law firm of Parker Ibrahim & Berg LLP, counsel for Defendant JPMorgan Chase & Co. ("Chase").

2. On December 8, 2023, I caused to be served the Chase's Notice of Motion to Dismiss Plaintiff's Complaint, Memorandum of Law in Support of JPMorgan Chase & Co.'s Motion to Dismiss Plaintiff's Complaint, Declaration of Diane C. Ragosa, Esq. in Support of Defendant of JPMorgan Chase & Co.'s Motion to Dismiss Plaintiff's Complaint, a proposed Order, and this Affidavit of Service as follows:

> **VIA CM/ECF, E-MAIL**
> Yuri Couto
> 9302 N 28th Street
> Hillsborough, Tampa, Florida 33612
> *Plaintiff Pro Se*

3. On December 11, 2023, I caused to be served the Chase's Notice of Motion to Dismiss Plaintiff's Complaint, Memorandum of Law in Support of JPMorgan Chase & Co.'s

Motion to Dismiss Plaintiff's Complaint, Declaration of Diane C. Ragosa, Esq. in Support of Defendant of JPMorgan Chase & Co.'s Motion to Dismiss Plaintiff's Complaint, a proposed Order, and this Affidavit of Service as follows:

> **VIA FEDEX**
> Yuri Couto
> 9302 N 28th Street
> Hillsborough, Tampa, Florida 33612
> *Plaintiff Pro Se*

4.  I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: New York, New York          */s/ Diane C. Ragosa*
       December 11, 2023              Diane C. Ragosa, Esq.