United States District Court

Southern District of New York

| | |
|---|---|
| YURI COUTO, <br> an individual, <br><br> -against- <br><br> JPMORGAN CHASE & CO., a Delaware corporation. | Civil Case: 1:23-CV-09306-LJL <br><br> **NOTICE OF MOTION TO STRIKE DEFENDANT'S ANSWER TO COMPLAINT AND ENTRY OF JUDGMENT IN PLAINTIFF'S FAVOR** |

**PLEASE TAKE NOTICE** that Plaintiff moves before the United States District Court for the Southern District of New York, Honorable Lewis J. Liman, at the Daniel Patrick Moynihan & U.S. Courthouse, 500 Pearl Street, New York 10007, for an order to grant Plaintiff's Motion to strike defendant's answer to the complaint and for entry of judgment in Plaintiff's favor.

Defendant holds the note that was <u>accepted</u> as full pre-payment for the contract. Plaintiff requires performance in full for the contract, which exists, and is in the possession of the Defendant or its agent/subsidiary, and is against which this action has been brought.

**Defendant is fully within the personal and subject matter jurisdiction of the Court for this case.**

Service of process was handled according to Federal Rules of Civil Procedure, Rule 4(h)(1)(B), (*l*)(1).

/s/ Couto, Yuri-Jacintho / Agent           12/8/2023

| | |
|---|---|
| YURI COUTO <br> Name <br> c/o 9302 N 28th St, Tampa, Florida [33612] | 813-846-2395 <br> Yuric96@yahoo.ca |