UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YURI COUTO,<br>an individual,<br>-against-<br>JPMORGAN CHASE & CO., a Delaware corporation. | Civil Case: 1:23-CV-09306-LJL<br><br>**DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S ANSWER TO COMPLAINT AND ENTRY OF JUDGMENT IN PLAINTIFF'S FAVOR** |

I, Yuri-Jacintho: Couto, an agent representing the Plaintiff *pro se*, hereby declare under penalty of perjury under the laws of the United States of America that the following is true and correct.

1. I am the attorney-in-fact and owner of the ens legis Federal corporation known as YURI COUTO (the "Principal", or "Plaintiff") with social security number XXX-XX-8973, and have detailed, complete knowledge of the matters regarding the Principal, whose estate I am the sole beneficiary of.
2. I submit this declaration in support of Plaintiff's motion to strike Defendant's answer and entry of judgment in Plaintiff's favor.
3. The Offer has been retained pursuant to section 9 of the contract, "ACCEPTANCE AND BINDING AGREEMENT."
4. The Offer has been accepted by Defendant's actions, namely the retention or enjoyment of the Plaintiff's invested consideration.
5. Defendant owes Principle the performance in full of the contract for the Total Amount. Plaintiff has completed full performance of his obligations in the contract.

/s/ Couto, Yuri-Jacintho / Agent          12/8/2023

YURI COUTO
Name

c/o 9302 N 28th St, Tampa, Florida [33612]

813-846-2395
Yuric96@yahoo.ca