```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
YURI COUTO, an individual,                                           :
                                                                     :
                            Plaintiff,                               :
                                                                     :            23-cv-9306 (LJL)
        -v-                                                          :
                                                                     :        MEMORANDUM AND
JPMORGAN CHASE & CO., a Delaware corporation,                        :              ORDER
                                                                     :
                            Defendant.                               :
                                                                     :
---------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      Plaintiff moves for an Order granting him default judgment and for entry of default in his favor.  Dkt. No. 22.  The motion is DENIED for failure to comply with Federal Rule of Civil Procedure 55, Local Civil Rules 55.1 and 55.2 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, and this Court's Individual Practices in Civil Cases 3.E and Attachment A.  Defendant has filed a motion to dismiss.  Dkt. No. 8.  A default judgment is available only against a party who has failed to plead or otherwise defend.

      The Clerk of Court is respectfully directed to close Dkt. No. 22.

      SO ORDERED.

Dated: January 30, 2024  
       New York, New York                                      LEWIS J. LIMAN  
                                                                         United States District Judge

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 01/30/2024