UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT of NEW YORK

YURI COUTO,

an individual,

    -against-

JPMORGAN CHASE & CO., a Delaware corporation.

Case 1:23-CV-09306-LJL

### Letter to Dismiss

To the Honorable Judge Liman of United States District Court for the Southern District of New York,

 I would like to inform the Court of the Plaintiff's early resolution of this claim. At the Court's Order, this matter may be dismissed in its entirety despite Plaintiff's pleadings. All matters have been resolved and Plaintiff would like to excuse the Defendants and Court from the necessity of further prosecution. Defendant has been notified of this Letter to Dismiss.

Submitted With deep Respect,

Yuri Couto

  /s/ Couto, Yuri-Jacintho, agent and bene. without prejudice  Date: January 30, 2024
  YURI J COUTO, Principal
  c/o 9302 N 28th St
  Tampa, Florida [33612]
  Hillsborough County
  813-846-2395